# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| AISHA WRIGHT, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-20-975 |
| TRANSPORTATION COMMUNICATION UNION/IAM, | § § § § | |
| *Defendant*. | § | |

## ORDER

Pending before the court is a memorandum and recommendation ("M&R") by Magistrate Judge Christina A. Bryan. Dkt. 23. Judge Bryan recommends granting defendant Transportation Communication Union/IAM's ("TCU/IAM") motion to dismiss (Dkt. 13). *Id.* Objections to the M&R were due on November 19, 2020, but none were filed. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. Having reviewed the motion, M&R, and applicable law, the court finds no clear error.

Accordingly, the M&R (Dkt. 23) is ADOPTED IN FULL, and TCU/IAM's motion to dismiss (Dkt. 13) is GRANTED. Plaintiff Aisha Wright's complaint (Dkt. 1) is DISMISSED WITH PREJUDICE.

Signed at Houston, Texas on December 1, 2020.

_____
Gray H. Miller
Senior United States District Judge